UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:06-cr-6 |
| vs. ) | |
| ) | JUDGE COLLIER |
| MICHAEL D. SALES ) | |

MEMORANDUM AND ORDER

MICHAEL D. SALES ("Defendant") appeared for an initial appearance before the undersigned on September 14, 2015, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition").

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent Defendant. It was determined Defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was also determined he was capable of being able to read and understand the aforesaid document.

The government called USPO Crystal Johnson as a witness and moved that Defendant be detained pending the revocation hearing.

Findings

(1) Based upon USPO Johnson's testimony, the undersigned finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged or set forth in the Petition.

(2) Defendant has not carried his burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that, if released on bail, he will not flee or will not pose a danger to the community.

1

Conclusions
---

It is ORDERED:

(1) The motion of the government that Defendant be DETAINED WITHOUT BAIL pending the revocation hearing before U.S. District Judge Curtis L. Collier is GRANTED.

(2) The U.S. Marshal shall transport Defendant to a revocation hearing before Judge Collier on **Thursday, November 12, 2015, at 9:00 am.**

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE